FILED
UNITED STATES DISTRICT COURT
DENVER, COLORADO
3/25/2020
JEFFREY P. COLWELL, CLERK

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

RECEIVED
UNITED STATES DISTRICT COURT
DENVER, COLORADO

MAR 25 2020

JEFFREY P. COLWELL
CLERK

Civil Action No. 1-20-CV-00700-GPG
(To be supplied by the court)

Kevin Fuller , Plaintiff

v.

Jefferson County Detention Facility,

Jefferson County Sheriffs Department,

_____,

_____, Defendant(s).

(*List each named defendant on a separate line. If you cannot fit the names of all defendants in the space provided, please write "see attached" in the space above and attach an additional sheet of paper with the full list of names. The names listed in the above caption must be identical to those contained in Section B. Do not include addresses here.*)

## PRISONER COMPLAINT

### NOTICE

Federal Rule of Civil Procedure 5.2 addresses the privacy and security concerns resulting from public access to electronic court files. Under this rule, papers filed with the court should not contain: an individual's full social security number or full birth date; the full name of a person known to be a minor; or a complete financial account number. A filing may include only: the last four digits of a social security number; the year of an individual's birth; a minor's initials; and the last four digits of a financial account number.

**Plaintiff need not send exhibits, affidavits, grievances, witness statements, or any other materials to the Clerk's Office with this complaint.**

### A. PLAINTIFF INFORMATION

*You must notify the court of any changes to your address where case-related papers may be served by filing a notice of change of address. Failure to keep a current address on file with the court may result in dismissal of your case.*

Kevin fuller P00151850   PO box 16700 Golden, Co 80402
(Name, prisoner identification number, and complete mailing address)

_____
(Other names by which you have been known)

*Indicate whether you are a prisoner or other confined person as follows: (check one)*

- **X** Pretrial detainee
- ___ Civilly committed detainee
- ___ Immigration detainee
- ___ Convicted and sentenced state prisoner
- ___ Convicted and sentenced federal prisoner
- ___ Other: (*Please explain*) _____

### B. DEFENDANT(S) INFORMATION

*Please list the following information for each defendant listed in the caption of the complaint. If more space is needed, use extra paper to provide the information requested. The additional pages regarding defendants should be labeled "B. DEFENDANT(S) INFORMATION."*

Defendant 1: Jefferson County Detention Facility
(Name, job title, and complete mailing address)

200 Jefferson County Parkway Golden, Co 80401

At the time the claim(s) in this complaint arose, was this defendant acting under color of state or federal law? **X** Yes ___ No (*check one*). Briefly explain:

_____

_____

Defendant 1 is being sued in his/her ___ individual and/or **X** official capacity.

2

Defendant 2: <u>Jefferson County Sheriff's Department</u>
(Name, job title, and complete mailing address)
<u>200 Jefferson County Parkway</u>

At the time the claim(s) in this complaint arose, was this defendant acting under color of state or federal law? _X_ Yes ___ No (*check one*). Briefly explain:

_____

_____

Defendant 2 is being sued in his/her ___ individual and/or _X_ official capacity.

Defendant 3: _____
(Name, job title, and complete mailing address)

_____

At the time the claim(s) in this complaint arose, was this defendant acting under color of state or federal law? ___ Yes ___ No (*check one*). Briefly explain:

_____

_____

Defendant 3 is being sued in his/her ___ individual and/or ___ official capacity.

## C.   JURISDICTION

*Indicate the federal legal basis for your claim(s): (check all that apply)*

_X_   42 U.S.C. § 1983 (state, county, and municipal defendants)

___   *Bivens v. Six Unknown Named Agents of Fed. Bureau of Narcotics*, 403 U.S. 388 (1971) (federal defendants)

___   Other: (*please identify*) _____

**D.   STATEMENT OF CLAIM(S)**

*State clearly and concisely every claim that you are asserting in this action. For each claim, specify the right that allegedly has been violated and state all facts that support your claim, including the date(s) on which the incident(s) occurred, the name(s) of the specific person(s) involved in each claim, and the specific facts that show how each person was involved in each claim. You do not need to cite specific legal cases to support your claim(s). If additional space is needed to describe any claim or to assert additional claims, use extra paper to continue that claim or to assert the additional claim(s). Please indicate that additional paper is attached and label the additional pages regarding the statement of claims as "D. STATEMENT OF CLAIMS."*

CLAIM ONE: 42 U.S.C. Eighth amendment violation - 1983

Supporting facts: Farmer; deliberate indifference claim. Protection from assault under the eighth amendment.

Plaintiff states on February 11th at approximately 11am there was an altercation between himself and another inmate (unknown name assailant). Plaintiff states he was brutally and viciously attacked with a hard plastic chair. Then violently punched in the face and knocked to the ground.

Plaintiff states the sheriff deputy acted with inadequate supervision and control of the direct supervision of the module.

4

— See attached pg. 4 document —

~~CLAIM TWO:~~ <u>Continued Claim one -</u>

Supporting facts:

Plaintiff states there was a significant amount of arguing that took place before the act of the assault happened and the deputy did not act accordingly to eliminate or de-escalate the situation entirely. Deputy acted with deliberate indifference to prevent the plaintiff from assault.

An eighth amendment protection from assault while incarcerated or not.

5

Farmer deliberate indifference claim where deputy failed to take reasonable -

— See attached document - pg 5

D.) Statement of Claims - Continued

- Safeguards to prevent an assault - despite the clear and visually oppressive and excessive arguing/altercation before the assault took place.

Plaintiff states he was injured and removed from the unit (5B) to temporarily relocated to the (MOU) - medical observation unit - for a time period of 7 days.

Plaintiff states he waited a total of 5 days before he was seen by the facility physician. He was informed due to not putting in a kite was the reason he -

- see attached -
document
pg 6

## D. Statement of Claims Continued

was not seen by the doctor until the seventh day.

Plaintiff stated the doctor acted with inadequacy stating "the only thing wrong with him was that he was old", and no further evaluation was conducted, and he was relocated back to the unit (so) the same day with crutches for walking assistance.

Plaintiff states shortly after he was brought back into the unit, the inmate who assaulted him was brought back in the unit.

- See attached document pg. 7

D Statement of Claims - continued

- Plaintiff states there was an active Keep Separate order in the tiburon system. The active deputies database updated daily and regularly. Approximately 7 days had passed, incident free (while in fear) - Plaintiff states after returning from his attorney visit, a deputy on duty finally acknowledged the active Keep Separate order, spoke with the plaintiff about it and then inmate was removed from the unit.

— see attached document —

pg 8

## 1) Statement of Claims- Continued

Plaintiff states due to the negligence of the deputies have caused him unnecessary anguish and concern for his safety not once but twice since the second time the inmate who assaulted him was moved from the unit and other inmates have labeled the Plaintiff a so called "Snitch" even though he had absolutely nothing to do with the matter, and this was a direct result of the deputies negligence and inadequate supervision.

-See attached pg 9 document

D. Statement of Claims - continued

Eighth Amendment deliberate indifference claims require the prison officials to have had actual knowledge of the substantial risk to the inmates safety. Plaintiff was in significant risk for a unbelievably, inexcusable amount of time, utterly and entirely unacceptable. State law negligence tort claim may be appropriate if determined by the courts.

Plaintiff states both components to this claim have been addressed accordingly and sufficiently. Both subjective and objective have been bestowed in the above mentioned statements.

Farmer deliberate indifference claim examples - Reece v Groose and Horton v Cockrell had an eighth amendment claim when prison officials failed to protect him from another prisoner.

- See attached document -

pg 10

## D. Statement of Claims - Continued

Plaintiff incorporates herein by reference the allegations listed above as if each were factual and true and set forth here verbatim.

E. **REQUEST FOR RELIEF**

*State the relief you are requesting or what you want the court to do. If additional space is needed to identify the relief you are requesting, use extra paper to request relief. Please indicate that additional paper is attached and label the additional pages regarding relief as "E. REQUEST FOR RELIEF."*

Wherefore, Plaintiff respectfully requests this court enter judgment in his favor against defendant and grant;

(a) appropriate declaratory and other injunctive and/or equitable relief

(b) Compensatory and consequential damages, including damages for emotional distress, loss of reputation and physical damages and other pain and suffering on all claims allowed by law in amount to be determined at trial.

F. **PLAINTIFF'S SIGNATURE**

I declare under penalty of perjury that I am the plaintiff in this action, that I have read this complaint, and that the information in this complaint is true and correct. *See* 28 U.S.C. § 1746; 18 U.S.C. § 1621.

— See attached document —

Under Federal Rule of Civil Procedure 11, by signing below, I also certify to the best of my knowledge, information, and belief that this complaint: (1) is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a nonfrivolous argument for extending or modifying existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Rule 11.

_____
(Plaintiff's signature)

3/6/2020
(Date)

(Revised December 2017)

6

Pg 12

## 6. Request for relief - Continued

(C) All economic losses on claims allowed by law

(d) Punitive damages allowed by law on all claims and in an amount to be determined at trial.

(e) Attorneys fees and the costs associated with this action, including but not limited to, those associated with having to defend against the pending criminal charges as well as consultation costs, paralegal costs, investigatory costs, deposition costs witness fees on all claims allowed by law.

(f) Pre and Post judgment interest at the lawful rate; and

(G) Any further relief this court deems just and proper, and any other relief allowed.

Request for trial by Jury.

Plaintiff demands a jury trial on all issues so triable.

pg 13

**PRIORITY MAIL POSTAGE REQUIRED**

US POSTAGE >> PITNEY BOWES

$ 007.75

ZIP 80419
02 4W
0000361967 MAR 24 2020

FROM: Kevin Tulluck P.O 151850
Jefferson County Detention Facility
P.O Box 16700
Golden Colo 80402

TO: Office of the Clerk
United States District Court
Alfred A. Arraj Court House
901-19th ST Room A105
Denver, Colo. 80294-3589

VISIT US AT USPS.COM®
ORDER FREE SUPPLIES ONLINE

**UNITED STATES POSTAL SERVICE**®

PRIORITY MAIL★

- DATE OF DELIVERY SPECIFIED*
- USPS TRACKING™ INCLUDED*
- INSURANCE INCLUDED*
- PICKUP AVAILABLE
* Domestic only

WHEN USED INTERNATIONALLY,
A CUSTOMS DECLARATION
LABEL MAY BE REQUIRED.

**UNCENSORED INMATE MAIL**

PRESS FIRMLY TO SEAL

EP14F July 2013
OD: 12.5 x 9.5

PS00001000014